UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BETTY SIMMS

v.

CORIZON LLC, et al.

CASE NO.  3:17cv743-MCR-CJK

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   January 24, 2019

Motion/Pleadings:  PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DISCOVERY   [to February 28, 2019]

Filed by   Plaintiff         on  January 23, 2019         Doc. #   34

Response _____ on _____ Doc. # ____

____  Stipulated        ____ Joint Pleading
 X    Unopposed        ____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/ Kathy Rock*

Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED, as requested.

**DONE and ORDERED** this 28th day of January 2019.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**